EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Medidas Especiales para la<br>Extensión de Términos | 2005 TSPR 31<br><br>163 DPR _____ |

Número del Caso: EM-2005-2

Fecha: 18 de marzo de 2005

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Medidas Especiales para
la Extensión de Términos

RESOLUCION

San Juan, Puerto Rico a 18 de marzo de 2005.

El Juez Presidente, Hon. Federico Hernández Denton concedió libre a los empleados y empleadas de la Rama Judicial, con cargo a la licencia de vacaciones, el 24 de marzo de 2005, día en que tradicionalmente se conmemora el Jueves Santo. A tales efectos y en virtud de nuestra facultad para reglamentar los procedimientos judiciales, al computar los términos dispuestos en las distintas leyes y reglas aplicables a los procedimientos y trámites judiciales, se aplicará lo dispuesto por los Artículos 388 y 389 del Código Político de 1902, 1 L.P.R.A. secs. 72 y 73, y se considerará como si fuera un día feriado. Cualquier término a vencer ese día se extenderá hasta el lunes, 28 de marzo de 2005.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida I. Oquendo Graulau
Secretaria del Tribunal Supremo